697 A.2d 131

IN THE MATTER OF OSCAR N. GASKINS,
AN ATTORNEY AT LAW.

July 29, 1997.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **OSCAR N. GASKINS** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1979;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(d) and *Rule* 1:21–6(a) (failing to maintain required attorney accounts) and *RPC* 5.5(a) (practicing law while ineligible) and *Rule* 1:21–1(a) (practicing law in New Jersey while failing to maintain a *bona fide* New Jersey law office);

4

And the parties having agreed that respondent's conduct violated *RPC* 1.15(d), *RPC* 5.5(a), *Rule* 1:21–6(a) and *Rule* 1:21–1(a) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **OSCAR N. GASKINS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.